UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. IBARRA AND MARIA A. IBARRA,<br><br>Plaintiffs,<br><br>vs.<br><br>ONE WEST BANK FSB; FIRST MORTGAGE CORPORATION and DOES 1 to 10, inclusive,<br><br>Defendants.. | CASE NO. 2:11-cv-02452-WBS<br><br>Assigned to the Honorable William B. Shubb<br><br>**ORDER GRANTING DEFENDANT ONEWEST BANK, FSB'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE MOTION TO REMAND HEARING** |

The Court has reviewed defendant ONEWEST BANK, FSB's Motion to Appear Telephonically through their respective counsel of record.

IT IS HEREBY ORDERED ADJUDGES AND DECREES as follows:  Counsel for Defendant ONEWEST BANK, FSB is granted a telephonic appearance at the

Motion to Remand hearing scheduled for December 19, 2011, at 2:00 p.m.  **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

Dated:  December 19, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE